*June 12, 1941.*

STATE EX REL. POPPELMAN, Respondent, vs. JACOBSON, Appellant.

For the appellant: *Wilbershide & Baumblatt* of Racine.

For the respondent: *John E. Martin,* attorney general, *William A. Platz,* assistant attorney general, *Richard G. Harvey, Jr.,* district attorney of Racine county, and *William W. Storms,* assistant district attorney.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 12, 1941.

MARTY, Respondent, vs. STATE BANK OF RICE LAKE and another, Appellants.

For the appellants: *P. J. Murphy* of Chippewa Falls.

For the respondent: *J. W. Soderberg* of Barron.

*By the Court.*—Judgment affirmed.